**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JETHRO SAMEDI,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:13-cv-241-Orl-19DAB**

**IMMIGRATION CUSTOMS**
**ENFORCEMENT & DEPARTMENT OF**
**HOMELAND SECURITY, UNITED**
**STATES ATTORNEY GENERAL,**

        **Defendants.**
_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on review of the docket. On February 12, 2013, Plaintiff Jethro Samedi filed his Complaint seeking a court-ordered custody determination by the Immigration Customs Enforcement & Department of Homeland Security; Plaintiff is currently incarcerated in the Florida Department of Corrections at Tomoka Correctional Institution in Daytona Beach, Florida serving a five year sentence for a violation of probation. Doc. 1.

On March 15, 2013, when Plaintiff had not paid the filing fee or filed a motion to proceed in forma pauperis, the Court ordered Plaintiff to file within thirty days, or by April 15, 2013, either a motion to proceed in forma pauperis and affidavit of indigency (along with a fully completed Prisoner Consent Form and Financial Certificate) or pay the $350.00 filing fee (if Plaintiff did not desire to proceed as a pauper). Doc. 4. Plaintiff was admonished in the Order that his failure to comply with the provisions of the March 15, 2013 Order or to explain noncompliance within the allotted time "would result in the dismissal of the action without further notice." Doc. 4.

More than thirty days have elapsed since Plaintiff was ordered to pay the filing fee or file a motion to proceed in forma pauperis, and Plaintiff has not filed any documents. Therefore, it is respectfully **RECOMMENDED** that Plaintiff's case be **DISMISSED** without prejudice for failure to pay the filing fee or seek leave to proceed as a pauper.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on April 18, 2013.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Unrepresented Party
Courtroom Deputy