# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JETHRO SAMEDI,

    Plaintiff,

vs.                                                  CASE NO. 6:13-CV-ORL-19

IMMIGRATION CUSTOMS
ENFORCEMENT & DEPARTMENT
OF HOMELAND SECURITY, UNITED
STATES ATTORNEY GENERAL,

    Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 6, filed April 18, 2013). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 6) is **ADOPTED and AFFIRMED.** This case is **DISMISSED** without prejudice for failure of Plaintiff to comply with the Order of Court to pay the filing fee or seek leave to proceed as a pauper.

**DONE AND ORDERED** at Orlando, Florida, this   6   day of May, 2013.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record